# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>        Petitioner,<br><br>   v.<br><br>LINDA PERSONS,<br><br>        Respondent. | Case No. CV 12-5051 SVW (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS, AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

//
//
//
//
//

1     **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action without prejudice.

3

4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his current
6 address of record and on counsel for Respondent.

7

8     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10 DATED: December 17, 2013

11                           /s/ Stephen V. Wilson
                             STEPHEN V. WILSON
12                              UNITED STATES MAGISTRATE JUDGE