1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JASON ARTHUR ALTHEIDE,                    Case No. CV 12-5051 SVW (SS)

12 |               Petitioner,

13 |     v.                                    **JUDGMENT**

14 | LINDA PERSONS,

15 |               Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18 Conclusions   and   Recommendations   of   United   States   Magistrate

19 Judge,

20

21        IT   IS   HEREBY   ADJUDGED   that   the   above-captioned   action   is

22 dismissed without prejudice.

23

24 DATED:   December 17, 2013

25                                    /s/Stephen V. Wilson
                                     STEPHEN V. WILSON
26                                   UNITED STATES DISTRICT JUDGE

27

28